## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY | : | Case No. 18-10601 (MFW) |
| HOLDINGS LLC, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |

........................................................ x  **Re: Docket No. 1848**

### NOTICE OF APPEAL

J.C. Penney Corporation, Inc., a creditor in the above-captioned bankruptcy cases, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a), and in accordance with Federal Rules of Bankruptcy Procedure 8001, 8002, and 8003 and Delaware Bankruptcy Local Rule 8003-1, from the United States Bankruptcy Court for the District of Delaware the *Order Denying Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* [D.I. 1848, entered December 13, 2018] (the "Order").  A copy of the Order is attached hereto as **Exhibit A**.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm/epiq11.com/twc.

{01399266;v1 }

| Appellants:<br><br>**J.C. Penney Corporation, Inc.** | **ASHBY & GEDDES, P.A.**<br>Gregory A. Taylor<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email:  gtaylor@ashbygeddes.com<br><br>*and*<br><br>**FOLEY GARDERE**<br>**FOLEY & LARDNER LLP**<br>Marcus A. Helt<br>Jason B. Binford<br>2021 McKinney, Suite1600<br>Dallas, Texas 75201<br>Telephone: (214) 999-3000<br>Facsimile: (214)999-4667<br>Email: mhelt@foley.com<br>Email: jbinford@foley.com |
|---|---|
| **Appellee:**<br><br>**Bank Hapoalim B.M.** | **Counsel:**<br><br>**HERRICK, FEINSTEIN LLP**<br>Stephen B. Selbst<br>2 Park Avenue<br>New York, NY 10036<br>Email: sselbst@herrick.com<br><br>**WOMBLE BOND DICKINSON (US) LLP**<br>**Matthew P. Ward**<br>**Morgan L. Patterson**<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: matthew.ward@wbd-us.com<br>Email: morgan.patterson@wbd-us.com |

| Appellee: | Counsel: |
|---|---|
| **Debtors:**<br>The Weinstein Company<br>Holdings LLC, *et al.* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Brett Michael Haywood<br>Paul Noble Heath<br>David T. Queroli<br>Zachary I. Shapiro<br>Russell C. Silberglied<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: collins@rlf.com<br>Email: heath@rlf.com<br>Email: haywood@rlf.com<br>Email: queroli@rlf.com<br>Email: shapiro@rlf.com<br>Email: silberglied@rlf.com<br><br>**CRAVATH, SWAINE & MOORE LLP**<br>Karin A. DeMasi<br>David A. Herman<br>David E. Kumagai<br>Stephanie A. Marshak<br>Claire E. O'Brien<br>Paul S. Sandler<br>Daniel A. Silver<br>Andrew M. Ward<br>George E. Zobitz<br>Paul H. Zumbro<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Email: kdemasi@cravath.com<br>Email: dherman@cravath.com<br>Email: dkumagai@cravath.com<br>Email: smarshak@cravath.com<br>Email: cobrien@cravath.com<br>Email: psandler@cravath.com<br>Email: dsilver@cravath.com<br>Email: award@cravath.com<br>Email: jzobitz@cravath.com<br>Email: pzumbro@cravath.com |

{01399266;v1 }

Dated:  December 20, 2018                    Respectfully submitted,


                                             **ASHBY & GEDDES, P.A.**

                                             */s/ Gregory A. Taylor*
                                             Gregory A. Taylor, Esq. (#4008)
                                             500 Delaware Avenue
                                             P.O. Box 1150
                                             Wilmington, Delaware 19899-1150
                                             Telephone: (302) 654-1888
                                             Facsimile: (302) 654-2067
                                             Email:  gtaylor@ashbygeddes.com

                                             *and*

                                             **FOLEY GARDERE**
                                             **FOLEY & LARDNER LLP**
                                             Marcus A. Helt
                                             Jason B. Binford
                                             2021 McKinney, Suite1600
                                             Dallas, Texas 75201
                                             Telephone: (214) 999-3000
                                             Facsimile: (214)999-4667
                                             Email: mhelt@foley.com
                                             Email: jbinford@foley.com

                                             *Counsel to J.C. Penney Corporation,*
                                             *Inc.*

**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------- x
```
|                              |   |                          |
|------------------------------|---|--------------------------|
| In re:                       | : | Chapter 11               |
|                              | : |                          |
| THE WEINSTEIN COMPANY        | : | Case No. 18-10601 (MFW)  |
| HOLDINGS                     | : |                          |
| LLC, *et al.*,               | : | Jointly Administered     |
|                              | : |                          |
| Debtors.[1]                  | : | **Related Docket Nos. 1627, 1750, 1770, 1845** |
|                              | x |                          |
```
--------------------------------------- x
```

**ORDER DENYING MOTION OF J.C. PENNEY CORPORATION, INC. TO COMPEL
ASSUMPTION OR REJECTION OF LICENSING AGREEMENT**

This Court having considered the *Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* (the "Motion"), the *Objection of Bank Hapoalim B.M. to Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* (the "Objection"), the statements of counsel and the evidence adduced with respect to the Motion and the Objection at the November 29, 2018 hearing before this Court (the "Hearing"); it is hereby:

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm/epiq11.com/twc.

ORDERED that the Motion is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: December 13th, 2018
Wilmington, Delaware

{01390465;v3 }

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory A. Taylor, hereby certify that on December 20, 2018, I caused one copy of the

foregoing document to be served upon the parties on the attached service list via first class mail.

*/s/Gregory A. Taylor*
Gregory A. Taylor (DE #4008)

Pachulski Stang Ziehl & Jones LLP
James I. Stang
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Pachulski Stang Ziehl & Jones LLP
Debra I. Grassgreen
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Pachulski Stang Ziehl & Jones LLP
Bradford J. Sandler
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Office of the United States Trustee
Jane M. Leamy
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

{01398464;v1 }